IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILYN TAPPENDORF and TIMOTHY TAPPENDORF,<br><br>           Plaintiffs,<br><br>v.<br><br>WINDY HILL CREEK FARM, LLC, AUGUST FIBERGLASS COATINGS, INC., and RICHARD L. SCHROCK,<br><br>           Defendants. | Case No. 3:21-cv-1247-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order dated December 15, 2021 (Doc. 21), Defendant, Climax Molybdenum Company, was **DISMISSED without prejudice**.

      **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Motions to Voluntarily Dismiss (Doc. 24) and (Doc. 25) Plaintiffs, Marilyn Tappendorf and Timothy Tappendorf's claims against Defendants, Windy Hill Creek Farm, LLC and Richard L. Schrock are **DISMISSED with prejudice** and the claims against Augusta Fiberglass Coatings, Inc. (incorrectly named August Fiberglass Coatings, Inc.) are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

**DATED:**       **January 4, 2022.**

                                                                MARGARET M. ROBERTIE,
                                                               Clerk of Court

                                                               By:  **s/** *Jackie Muckensturm*
                                                                        Deputy Clerk

**APPROVED: s/** *Stephen P. McGlynn*
                      **STEPHEN P. MCGLYNN**
                      **U.S. District Judge**